STATE OF NEW JERSEY v. WILLIAM J. JAMES.

May 14, 1974. Petition for certification denied.

IN RE SALARIES FOR PROBATION OFFICERS
OF SALEM COUNTY 1973–1974.

May 14, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. JOHN CHARLES MASINO.

May 14, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. RAUL ROSARIO.

May 14, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT DAVIS.

May 14, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. CARMEN BUONO.

May 14, 1974. Petition for certification denied.